UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SUBPOENA TO CHEFS' WAREHOUSE, INC.  :  :  : | |
| | No. 3:21-mc-84-VLB |
| In connection with  :  : | |
| IN RE PORK ANTITRUST LITIGATION,  : Case no. 18-cv-1776 (JRT/HB) (D. Minn.)  :  : | December 16, 2021 |

### ORDER GRANTING MOTION TO COMPEL [DKT. 1]

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") have moved this Court to compel non-party The Chefs' Warehouse, Inc. ("CWI") to comply with the Rule 45 subpoena to produce documents (the "Subpoena") in the underlying action captioned *In re Pork Antitrust Litigation*, Case No. 18-cv-1776 (JRT/HB), pending in the United States District Court for the District of Minnesota. [Dkt. 1].

Though having been served with a copy of this motion over a month ago; [Dkt. 4]; CWI has not appeared in this matter, nor raised any objection to the Subpoena or motion to compel.

The Court finds that CIIPPs have demonstrated that the Subpoena is valid and was properly served. The Subpoena is valid because it seeks CWI to product nothing more than an electronic version of its transaction history in pork and pork products, an issue directly relevant to the litigation pending in the Minnesota action. The Subpoena was also properly served upon CWI at the address of its registered agent on file with the Connecticut Secretary of State. CIIPPs has also

made several other attempts to contact CWI through email and phone, all of which have been ignored.

ClIPPs shall serve a copy of this order on CWI on or before 12/31/2021. CWI shall produce responsive documents in its possession or control on or before 14 days following receipt of this order. If CWI fails to comply with this order, it will be subject to contempt proceedings. If found in contempt, CWI will be subject to sanctions, including imposition of a monetary fine, attorneys' fees, and costs. *See* Fed. R. Civ. P 45(g).

IT IS SO ORDERED.

/s/
Hon. Vanessa L. Bryant
United States District Judge

Dated this day in Hartford, Connecticut: December 16, 2021